UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| CHARLES H. HILL, | ) | |
| | ) | |
| Plaintiff, | ) | 3:13-cv-00382-LRHWGC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| DEBRA A. BOOKOUT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#6[1]) entered on August 5, 2013, recommending granting Plaintiff's Application to Proceed *in Forma Pauperis* (#1) filed on July 17, 2013, and dismissing with prejudice Plaintiff's pro se Complaint (#1-1) filed on July 17, 2013. Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (#7) on August 13, 2013. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate

---

[1] Refers to court's docket number.

1  Judge's Report and Recommendation (#6) entered on August 5, 2013, should be adopted and accepted.

2       IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#6)
3  entered on August 5, 2013, is adopted and accepted, and Plaintiff's Application to Proceed *in Forma*
4  *Pauperis* (#1) is GRANTED.  The Clerk of the Court is instructed to filed the complaint (#1-1).

5       IT IS FURTHER ORDERED that Plaintiff shall not be required to pay the initial installment
6  of the filing fee; however, regardless of whether or not this action proceeds, the full filing fee must be
7  paid pursuant to 28 U.S.C. 1915(b)(2).  This order granting *in forma pauperis* status does not extend
8  to the issuance of subpoenas at government expense.

9       IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 1915 (b)(2), the Nevada Department
10 of Corrections shall pay to the Clerk of the United States District Court, District of Nevada, 20% of
11 the preceding month's deposits to plaintiff's account (Inmate #21042), in the months that the account
12 exceeds $10.00, until the full filing fee has been paid for this action.

13      IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to the
14 Finance Division of the Clerk's Office.

15      IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to the
16 attention of the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011,
17 Carson City, NV 89702.

18      IT IS FURTHER ORDERED that Plaintiff's pro se Complaint (#1-1) is DISMISSED with
19 prejudice.

20      IT IS SO ORDERED.

21      DATED this 13th day of September, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE