# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CHARLES H. HILL, | ) | 3:13-cv-00382-LRH-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 15, 2014 |
| | ) | |
| ISIDRO BACA, et al., | ) | |
| | ) | |
| Defendants | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  KATIE LYNN OGDEN  </u>  REPORTER: <u>NONE APPEARING     </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                              </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                           </u>

**MINUTE ORDER IN CHAMBERS:**

On August 19, 2014, the U. S. Court of Appeals for the Ninth Circuit entered its Memorandum Decision (Doc. # 36) affirming this court's dismissal of Plaintiff's complaint with prejudice (Doc. # 12). The mandate of the U.S. Court of Appeals for the Ninth Circuit was filed on September 11, 2014 (Doc. # 37), and on September 12, 2014, District Judge Larry R. Hicks signed an Order on Mandate. (Doc. # 38.)

Plaintiff's motions filed as Doc. ## 15, 18, 20 and  25 are therefore **DENIED,** and his motions filed as Doc. ## 31, 32 and 35 are **DENIED AS MOOT.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK


By: _____/s/_____
                    Deputy Clerk