UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

CHARLES H. HILL,

    Plaintiff,

    v.

DEBRA A. BOOKOUT,

    Defendant.

3:13-CV-00382-LRH-WGC

ORDER

Before the court is plaintiff Charles Hill's Motion to Dismiss his case without prejudice. Doc. #51.[1]

On September 16, 2013, this Court dismissed Plaintiff's complaint with prejudice. Doc. #12. On August 19, 2014, the Ninth Circuit upheld this Court's ruling. Doc. #36. On December 23, 2014, the Ninth Circuit issued an order stating that no further filings would be entertained on the closed appeal. Doc. #48. On August 10, 2015, this Court issued an order denying Plaintiff's motions for reconsideration. Doc. #49. On November 6, 2015, Plaintiff filed a motion to dismiss his case without prejudice. Doc. #51. As Plaintiff's case has already been dismissed with prejudice, a decision which has been reaffirmed several times, Plaintiff's motion to dismiss his case without prejudice is denied.

///

///

///

---

[1] Refers to the Court's docket number.

1

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss his case without prejudice (Doc. #51) is DENIED.

IT IS SO ORDERED.

DATED this 8th day of February, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2